FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2019 OCT 22 PM 4: 07

MARGARET BOTKINS,
CHEYENNE

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | 03-CR-170-01-J |
| ) | |
| Timothy Wales, ) | |
| ) | |
| Defendant. ) | |

## ORDER REVOKING SUPERVISED RELEASE AND COMMITTING DEFENDANT

The above-entitled matter having come before the Court for hearing on October 18, 2019, upon a Petition For Warrant for Offender Under Supervision entered September 5, 2019. Plaintiff appearing by Nicole Romine, Assistant U.S. Attorney, Cheyenne, WY, and the defendant appearing in person and by David Weiss, Federal Public Defender, Cheyenne, Wyoming. The Court having heard the testimony of the U.S. Probation Officer and having heard the arguments offered in support of and in opposition to the petition, and being fully advised in the premises, FINDS that the defendant, Timothy Wales, has violated conditions of his Supervised Release, and that such violations warrant revocation of said Supervised Release. NOW, THEREFORE, IT IS

ORDERED that the Supervised Release heretofore granted by the Court on June 18, 2004, be, and the same is hereby revoked; it is

FURTHER ORDERED that the defendant, Timothy Wales, be, and he is hereby, sentenced to the custody of the U.S. Marshals for a term of 12 months and 1 day as arranged by the Bureau of Prisons; it is

FURTHER ORDERED that the defendant, Timothy Wales, will be placed back on supervised release for a term of 14 months with the first 90 days to be completed at the residential reentry center as public law placement. The defendant is to comply with the new standard and mandatory conditions adopted by this Court with an additional condition:

> *The defendant shall participate in and successfully complete mental health treatment in a program approved by the United States Probation Officer, and abide by the rules, requirements and conditions of the treatment program. The defendant shall not discontinue treatment without the permission of the United States Probation Officer.*

In addition, all other previous conditions remain in full effect with the exception of the search condition to be amended to read as follows:

> *The defendant shall submit his or her person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.*

The Court recommends to the Bureau of Prisons that the defendant be placed at Forrest City, Arkansas.

Dated this 22nd day of October, 2019.

Alan B. Johnson
United States District Judge