Notice of Discharge
Revised 01/2003

UNITED STATES PROBATION OFFICE

DISTRICT OF WYOMING

# NOTICE OF DISCHARGE

NAME:     Timothy Wales

DOCKET NO:     03-CR-170-1J

Date of Sentence:     June 18, 2004

Date Sentence Expired:     September 17, 2021

Inasmuch as you have completed service of your sentence on the date shown above, you are hereby discharged from supervision of this office on the above expiration date.

September 17, 2021            /s/ Josh Oster
Date                          Josh Oster
                              U.S. Probation Officer